**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

PIERRE PINSON,                  :   No. 9 WAP 2023

             :

          Appellant      :   Appeal from the Order of the

       v.                 :   Commonwealth Court entered June

                            :   6, 2023 at No. 236 MD 2023

COMMONWEALTH OF PENNSYLVANIA,   :

PENNSYLVANIA LEGISLATURE        :

(GENERAL ASSEMBLY), ALLEGHENY    :

COUNTY COURT OF COMMON PLEAS,    :

PENNSYLVANIA ATTORNEY GENERAL,   :

                            :

          Appellees      :

## ORDER

**PER CURIAM**

       **AND NOW,** this 21st day of February, 2024, the order of the Commonwealth Court is **AFFIRMED**.